# NO. 12-10-00255-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **DASHUN HATCHER,**<br>**APPELLANT** | § | **APPEAL FROM THE 87TH** |
| **V.** | § | **JUDICIAL DISTRICT COURT OF** |
| **T.D.C.J.-I.D.,**<br>**BRAD LIVINGSTON AND**<br>**M. CAROL GARDNER,**<br>**APPELLEES** | § | **ANDERSON COUNTY, TEXAS** |

## MEMORANDUM OPINION
### PER CURIAM

This pro se *in forma pauperis* appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c). The judgment in this case was signed on May 11, 2010. Appellant, DaShun Hatcher, timely filed a notice of appeal that failed to contain the information required by Texas Rules of Appellate Procedure 9.5 and 25.1(e), i.e., a certificate of service showing service on all parties to the trial court's judgment.

On August 9, 2010, Hatcher was notified pursuant to Texas Rule of Appellate Procedure 37.1 that the notice of appeal was defective for failure to comply with rules 9.5 and 25.1(e). He was further notified that unless he filed an amended notice of appeal on or before September 8, 2010, the appeal would be referred to the court for dismissal. *See* TEX. R. APP. P. 42.3(c). The deadline for filing an amended notice of appeal has passed, and Hatcher has not corrected his defective notice of appeal. Accordingly, the appeal is *dismissed* for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c); *Feist v. Berg*, No. 12-04-00004-CV, 2004 WL 252785, at *1 (Tex. App.-Tyler Feb. 11, 2004, pet. denied); *Feist v. Hubert*, No. 12-03-00442-CV, 2004 WL 252285, at *1 (Tex. App.-Tyler Feb. 11, 2004, pet. denied).

Opinion delivered September 15, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)